UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOHMMAD ALJAMAHNEH and SABREEN MUSLEH, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) No. 22 CV 3742 ) |
| AMAZON COMPANY, | ) ) Jury Demand |
| Defendant. | ) |

AS AND FOR A FIRST COUNT OF ACTION
(Title VII RELIGIOUS DISCRIMINATION-DISPARATE TREATMENT)

**Nature of the Action**

1. Plaintiffs, MOHMMAD ALJAMAHNEH, ("ALJAMAHNEH") and SABREEN MUSLEH (ALJAMAHNEH's wife) brings these action under Title VII of the Civil Rights Act of 1964 and as amended by inter alia, the Civil Rights Act of 1991, 42 U.S.C.A. §§ 2000e et seq., ("ACT"), venue jurisdiction under 28 U.S.C.A. § 1343 (4) and 42 U.S.C.A. § 2000e-5(f), for AMAZON COMPANY ("AMAZON") having subjected SABREEN MUSLEH to religious discrimination by failure to treat her the same as non-Baptist employees and a hostile environment despite her complaints about same.

**FACTS FOR SABREEN MUSLEH**

2. SABREEN MUSLEH, is an adult of Middle Eastern descent working in a religiously diverse office and a resident of the State of Indiana.

3. SABREEN MUSLEH is an employee of AMAZON working as a since December 12, 2017, SABREEN MUSLEH was denied a religious (Muslim) accommodation while others not of her faith where allowed religious accommodations

4. At all times relevant, AMAZON is a for profit corporation located in Joliet, Illinois providing merchandise and services to the general public and surrounding states and is doing business in Indiana and Illinois.

5. AM is an employer within the meaning of the Civil Rights Act and 42 U.S.C. 2000(e) *et seq*., and has been at all times material to the allegations herein.

## FACTUAL BASIS

6. While employed at AMAZON, SABREEN MUSLEH meet the work expectations of her employer by receiving average evaluations.

7. During SABREEN MUSLEH's employment, SABREEN MUSLEH was subjected to disparate treatment discrimination and denied an accommodation based on her religion as a Muslim.

8. SABREEN MUSLEH's complaints in the work place about her working conditions due to her religion, made by management employees of AMAZON, which unreasonably interfered with the terms and conditions of SABREEN MUSLEH's employment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000-c et seq; as amended by inter alia the Civil Rights Act of 1991.

9. Defendant by its action or lack of actions of its agents caused and created a hostile work environment which unreasonably interfered with SABREEN MUSLEH terms and conditions of employment, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000(e) et seq; as amended by inter alia the Civil Rights Act of 1991

10. By reason of the religious discrimination and allowance of a hostile environment by the Defendant, SABREEN MUSLEH has suffered loss of benefits, in addition to suffering great pain, humiliation and mental anguish, all to her damage.

11. Further, said action and lack of action on the part of the Defendant was done with malice and reckless disregard for SABREEN MUSLEH's protected rights.

12. Plaintiff filed a discrimination charge against Defendant with the Equal Employment Opportunity Commission (EEOC). That charge was timely filed by SABREEN MUSLEH against AMAZON. (See Exhibit "A")

13. On May 20, 2021, Plaintiff was sent a notice from the MH of his right to bring this action (see Exhibit "B"), and Plaintiff timely filed this action.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that the court order such relief as is necessary to make the Plaintiff whole, including:

1. Reinstatement or, alternatively, front pay;

2. Damages, including loss of pay and benefits;

3. Statutory liquidated damages due to the defendant's willful conduct;

4. Attorneys' fees and costs incurred in this action

5. Such other relief as is just and equitable.

6. The plaintiff requests a jury trial of this action.

## AS AND FOR A SECOND COUNT OF ACTION
## (Title VII RELIGIOUS DISCRIMINATION-DISPARATE TREATMENT)
### Nature of the Action

### FACTS FOR MOHMMAD ALJAMAHNEH

1. MOHMMAD ALJAMAHNEH, is an adult of Middle Eastern descent working in a religiously diverse office and a resident of the State of Indiana.

2. MOHMMAD ALJAMAHNEH is an employee of AMAZON working as a since December 12, 2017, MOHMMAD ALJAMAHNEH was denied a religious (Muslim)

accommodation while others not of his faith where allowed religious accommodations

3. At all times relevant, AMAZON is a for profit corporation located in Joliet, Illinois providing merchandise and services to the general public and surrounding states and is doing business in Indiana and Illinois.

4. AMAZON is an employer within the meaning of the Civil Rights Act and 42 U.S.C. 2000(e) *et seq*., and has been at all times material to the allegations herein.

## FACTUAL BASIS

5. While employed at AMAZON, MOHMMAD ALJAMAHNEH meet the work expectations of his employer by receiving average evaluations.

6. During MOHMMAD ALJAMAHNEH's employment, was subjected to disparate treatment discrimination and denied an accommodation based on his religion as a Muslim.

7. MOHMMAD ALJAMAHNEH complaints in the work place about his working conditions due to his religion, made by management employees of AMAZON, which unreasonably interfered with the terms and conditions of MOHMMAD ALJAMAHNEH's employment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000-c et seq; as amended by <u>inter alia</u> the Civil Rights Act of 1991.

8. Defendant by its action or lack of actions of its agents caused and created a hostile work environment which unreasonably interfered with MOHMMAD ALJAMAHNEH terms and conditions of employment, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000(e) et seq; as amended by <u>inter alia</u> the Civil Rights Act of 1991

9**.** By reason of the religious discrimination and allowance of a hostile environment by

4

the Defendant, MOHMMAD ALJAMAHNEH has suffered loss of benefits, in addition to suffering great pain, humiliation and mental anguish, all to his damage.

10. Further, said action and lack of action on the part of the Defendant was done with malice and reckless disregard for MOHMMAD ALJAMAHNEH protected rights.

11. Plaintiff filed a discrimination charge against Defendant with the Equal Employment Opportunity Commission (EEOC). That charge was timely filed by MOHMMAD ALJAMAHNEH against AMAZON. (See Exhibit "C")

12. On May 20, 2021, Plaintiff was sent a notice from the AMAZON of his right to bring this action (see Exhibit "D"), and Plaintiff timely filed this action.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that the court order such relief as is necessary to make the Plaintiff whole, including:

1. Reinstatement or, alternatively, front pay;

2. Damages, including loss of pay and benefits;

3. Statutory liquidated damages due to the defendant's willful conduct;

4. Attorneys' fees and costs incurred in this action

5. Such other relief as is just and equitable.

BY:**/S/ Michael T. Smith**
Michael T. Smith

Michael T. Smith
Michael T. Smith & Associates
10 North Martingale Road
Suite 400
Schaumburg, IL 60173
(847) 466-1099
msmith39950@aol.com