**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **MOHMMAD ALJAMAHNEH and SABREEN MUSLEH,** | |
| **Plaintiff,** | **Case No.: 1:22-cv-03742** |
| **v.** | |
| **AMAZON.COM SERVICES LLC,** | **Hon. Sharon Johnson Coleman** |
| **Defendant.** | |

## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Amazon.com Services LLC, by and through the undersigned counsel, respectfully requests that this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismiss with prejudice Plaintiffs Mohmmad Aljamahneh and Sabreen Musleh's Amended Complaint for the reasons set forth in the accompanying memorandum of law.

Dated: October 27, 2022

Respectfully submitted,

AMAZON.COM SERVICES LLC

By: */s/ Stephanie L. Sweitzer*
    One of Its Attorneys

Stephanie L. Sweitzer
Eric Mackie
Jade Yee
MORGAN LEWIS & BOCKIUS, LLP
110 North Wacker Drive
Chicago, IL 60606
(312) 324-1000
stephanie.sweitzer@morganlewis.com
eric.mackie@morganlewis.com
jade.yee@morganlewis.com

*Counsel for Amazon.com Services LLC*

**CERTIFICATE OF SERVICE**

I certify that on October 27, 2022, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following counsel of record:

Michael T. Smith
THE LAW OFFICES OF MICHAEL T. SMITH & ASSOCIATES, PC
10 Martingale Road, Suite 400
Schaumburg, Illinois 60173
msmith39950@aol.com
(847) 466-1099

*Attorney for Plaintiff*

*/s/ Stephanie L. Sweitzer*